## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Jane Doe
                        Plaintiff,

v.                                               Case No.: 1:23–cv–00623
                                                          Honorable Robert W. Gettleman

City of Ottawa, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 2, 2023:

      MINUTE entry before the Honorable Robert W. Gettleman: Plaintiff's Motion To Proceed Under Pseudonym [6] is granted. The parties are to use the Pseudonym Jane Doe when referring to plaintiff in this matter until further order of court. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.