# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jane Doe

                 Plaintiff,

v.                                                 Case No.: 1:23−cv−00623

                                                             Honorable Robert W. Gettleman

City of Ottawa, et al.

                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 26, 2023:

      MINUTE entry before the Honorable Robert W. Gettleman: Plaintiff's motion for leave to file First Amended Complaint [29] is granted. Plaintiff is directed to file the First Amended Complaint as a separate docket entry. Defendants' motions to partially dismiss the original complaint [21][24][26] are stricken without prejudice. Defendants' responsive pleadings due on or before 5/17/2023. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.