# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 23-cv-623 |
| | ) | |
| v. | ) | Honorable Robert W. Gettleman |
| | ) | |
| CITY OF OTTAWA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT LESS' MOTION TO PARTIALLY DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendant, James Less, by and through his attorney, John O'Driscoll, Darcy Proctor, and Andrew O'Donnell, Tressler LLP, hereby move to dismiss Count VIII of Plaintiff's Amended Complaint, in part, for failing to state a claim against him, as fully set forth in their Memorandum of Law in Support of his Motion to Partially Dismiss. Defendant Less respectfully requests that this Court grant this Motion in his favor.

Dated: May 17, 2023

                                                                                   Respectfully submitted,

                                                                                    */s/ Andrew O'Donnell*

John O'Driscoll
Darcy Proctor
Andrew O'Donnell
TRESSLER LLP
233 S. Wacker Drive, 61st Floor
Chicago, IL 60606
312-627-4000
jodriscoll@tresslerllp.com
dproctor@tresslerllp.com

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on May 17, 2023, 2023, he electronically filed the foregoing document with the Clerk of the Court for the Northern District of Illinois by using the CM/ECF system. All participants in the case are registered CM/ECF users who will be served by the CM/ECF system.

                                                       */s/ Andrew O'Donnell*