UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Jane Doe
          Plaintiff,

v.                              Case No.: 1:23−cv−00623
                                 Honorable Robert W. Gettleman

City of Ottawa, et al.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 24, 2025:

      MINUTE entry before the Honorable Beth W. Jantz: Plaintiff's Motion to Quash [133] and related Motion for Leave to File Exhibits Under Seal [134] are DENIED without prejudice to re−file for the parties' failure to adequately meet and confer in line with the Court's Standing Order on Discovery Motions and Motions to Compel and Local Rule 37.2. As stated in the Court's Standing Order, "[a] meet and confer is not in good faith if a party merely sticks to its original position or refuses to consider a compromise or a narrowed approach." Further, "parties must not seek overbroad requests in the hope that the Court will tailor the resolution on its own; each discovery request [or subpoena] will be adjudicated based on the totality of the request, so parties should appropriately narrow their requests ahead of time...the Court will not tailor a discovery request [or subpoena] for the party when it could have done it on its own." See Standing Order. The Parties must meet and confer (by phone, video, or in person; email will not suffice) on the issues in the Motion to Quash [133] by 3/3/25. The 2/26/25 status hearing is cancelled and reset to 3/5/25 at 1:00 p.m. Plaintiff may not re−file her motion ahead of the hearing. The Parties should be prepared to discuss the outcome of their meet and confer, as well as any interest in a settlement conference, which they should also discuss among themselves in advance of the hearing. As the Court previously stated, the Parties must trade current settlement positions ahead of any request for a settlement conference, [131]. To join the hearing by phone, dial 1−650−479−3207 and enter access code 2308 182 1801. Entering an attendee code is not required. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.